# MEMORANDA

## Of Cases Designated not to be Reported.

MARGARET ELIZABETH MITCHELL, by Her Father
and Next Friend, WARREN N. MITCHELL, vs.
DR. JOHN D. BLAKE.

*Action for damages for negligence of attending physician.*

The order in this case affirmed the judgment of the Court
below, withdrawing the case from the jury, with costs to the
appellee.

*Decided January* 11, 1911.

Appeal from the Court of Common Pleas of Baltimore City
(HEUISLER, J.).

The cause was argued before BOYD, C. J., BRISCOE, PEARCE,
BURKE, THOMAS, SCHMUCKER, PATTISON and URNER, JJ.

*Edwin L. Ward* and *William Colton,* for the appellant.

*James Upshur Dennis* and *S. S. Field,* for the appellee.

PEARCE, J., delivered the opinion of the Court.

—————

PITTSBURG FORGE AND IRON COMPANY vs. SAFE
DEPOSIT AND TRUST COMPANY OF BALTI-
MORE and CHARLES L. HALL, Executors.

*Corporations; liability of stockholders; statute effecting rem-
edy; retroactive effect; Act of 1908, Ch. 305, constitutional.*

Chapter 305 of the Acts of 1908, which abated pending actions
at law to enforce a stockholder's liability to the creditors of a
corporation, and substituted a creditor's bill in equity, is con-
stitutional.

*Decided November* 17, 1911.

Appeal from the Superior Court of Baltimore City (GORTER,
J.).

The cause was submitted on briefs to BOYD, C. J., BRISCOE,
PEARCE, BURKE, THOMAS, PATTISON, URNER and STOCKBRIDGE,
JJ.

*Wm. H. Surratt,* filed a brief for the appellant.

*Alexander Preston,* filed a brief for the appellee.

STOCKBRIDGE, J., delivered the opinion of the Court, affirming
the judgment of the lower Court, with costs.